107 F.3d 8
 Sheet Metal Workers International Association Local 27
Annuity, Health & Welfare Fund, Richard Bonner, Kenneth
Laursen, Charles Wiggs, Paul A. Amatuzio, Jr., Charles
Roselli, Brian E. Kiker, Robert N. Stoner, Edward S. Burke,
Raymond Dinetta, Brian Kamp, Trustees and Fiduciaries for Local 27
v.
Shore Sheet Metal, Inc., Charles Nelson, LTM, Inc.
 NO. 95-5827
United States Court of Appeals,
Third Circuit.
 Jan 30, 1997
 
 Appeal From: D.N.J. , No. 92-05258 ,
 Brown, J.
 
 
 1
 Affirmed.